In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-23-00187-CV**

**UATP MANAGEMENT LLC, UA ATTRACTIONS LLC,
AND WOODLANDS URBAN AIR LLC, Appellants**

**V.**

**MICHELE DEVOST, AS NEXT FRIEND OF
MINOR E.A., Appellee**

**On Appeal from the 457th District Court
Montgomery County, Texas
Trial Cause No. 22-07-09549-CV**

**MEMORANDUM OPINION**

Appellants UATP Management LLC, UA Attractions LLC, and Woodlands Urban Air LLC filed an unopposed notice to dismiss this accelerated appeal as moot.[1] *See* Tex. R. App. P. 42.1(a)(1). The motion states that the parties have resolved this matter, and this appeal is now moot and should be dismissed.

---

[1] BCS Urban Air, LLC and JJS Holdings, LLC were parties in the trial court, but neither is a party in this appeal.

1

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.


PER CURIAM

Submitted on October 30, 2024
Opinion Delivered October 31, 2024

Before Johnson, Wright and Chambers, JJ.